IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA HANKINSON, et al. | : | |
|     Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| U.S. DEPARTMENT OF HOUSING | : | |
| AND URBAN DEVELOPMENT, et al. | : | No. 10-193 |
|     Defendants. | : | |

## ORDER

**AND NOW**, this __ day of **August 2010**, upon consideration of Defendant HUD's Motion to Dismiss the Second Amended Complaint or in the Alternative, for Summary Judgment, and Plaintiffs' response thereto, it is hereby **ORDERED** that HUD's motion (Document No. 31) is **GRANTED in part, and DENIED in part** as follows:

1. The motion to dismiss is **GRANTED** as to Plaintiffs takings claim.

2. The motion to dismiss is **DENIED** in all other respects.

3. The motion in the alternative for summary judgment is **DENIED without prejudice**, as it is premature.

BY THE COURT:

**Berle M. Schiller, J.**